IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DWIGHT DAVID MASSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-133 |
| | ) | |
| AUGUSTA STATE MEDICAL PRISON; | ) | |
| EDWARD PHILBIN; MARY ALSTON; | ) | |
| JAMES D. SMITH; and | ) | |
| TAMIKA HARVEY, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES WITHOUT PREJUDICE** all motions pending at the time of transfer from the Northern District of Georgia. (Doc. nos. 3, 4, 5, 8, 9-1, 9-2, 10.) The Court **DIRECTS** the **CLERK** to attach the standard form complaint used by incarcerated litigants in the Southern District of Georgia, stamped with this case number, to Plaintiff's service

---

[1] Although the Clerk of Court docketed "objections," (doc. no. 23), upon examination, that document does not address the substance of the Magistrate Judge's Report and Recommendation but is instead a belated opposition to the motion to transfer the case from the Northern District of Georgia to this District. As the Magistrate Judge explained in his November 7, 2022 Order, (doc. no. 25), as currently filed, venue for this case appropriately lies in this District.

copy of this Order. Plaintiff shall have fourteen days from the date of this Order to submit an amended complaint in accordance with the pleading instructions in the now-adopted Report and Recommendation. (See doc. no. 20, pp. 3-5.)

If Plaintiff wishes to proceed with this case, he must complete and submit the enclosed complaint form in accordance with the aforementioned instructions. Failure to timely submit the required amended complaint, or failure to inform this Court immediately of any change of address at any time during these proceedings, will be an election by Plaintiff to voluntarily dismiss this case without prejudice.

SO ORDERED this 9th day of December, 2022, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA