IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DWIGHT DAVID MASSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-133 |
| | ) | |
| AUGUSTA STATE MEDICAL PRISON; | ) | |
| EDWARD PHILBIN; MARY ALSTON; | ) | |
| JAMES D. SMITH; and | ) | |
| TAMIKA HARVEY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 33.) The Magistrate Judge recommended dismissing the case without prejudice as a sanction for Plaintiff providing dishonest information about his filing history. (See doc. no. 31.) Plaintiff's objections are unavailing. However, for the sake of completeness, the Court notes Plaintiff originally proceeded *in forma pauperis* ("IFP") in state court, but Defendants paid the full filing fee when they removed the case to federal court. Thus, Plaintiff is not a "prisoner attempting to proceed IFP in a civil action in federal court. . . ." (Doc. no. 31, p. 2.)

Notwithstanding the payment of the filing fee, the case or any portion thereof may be dismissed if it is frivolous, malicious, or fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune to such relief. See Leal v. Georgia

Dep't of Corr., 254 F.3d 1276, 1277-78 (11th Cir. 2001) (*per curiam*); 28 U.S.C. § 1915A. Therefore, Plaintiff's pleadings are still subject to screening, and the Magistrate Judge correctly determined Plaintiff had dishonestly represented his prior filing history. In sum, that Plaintiff is not proceeding IFP in federal court makes no difference to the ultimate conclusion that the case is due to be dismissed because Plaintiff abused the judicial process.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, as modified herein, as its opinion, **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process, and **CLOSES** this civil action.

SO ORDERED this 15th day of March, 2023, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA